IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-004-CV





LEON DANCY BROWN, JR.; AURELIA C. BROWN; MARY ALLEY BROWN ROSS;


WILLIAM A. BROWN; ANN BROWN; WILLIAM A. BROWN, INDEPENDENT


EXECUTOR AND TRUSTEE OF THE ESTATE OF OLIVIA BROWN MORRISON,


DECEASED; AND WILLIAM A. BROWN, JR.,



 APPELLANTS


vs.





MARY ANN KERR BRIGGS; LARRY B. BRIGGS; LIZABETH KERR DUSON;


CAROLYN I. KERR PERKINSON; AND DOYLE PERKINSON,



 APPELLEES


 




FROM THE DISTRICT COURT OF FAYETTE COUNTY, 155TH JUDICIAL DISTRICT



NO. 13,769, HONORABLE DAN R. BECK, JUDGE PRESIDING



 





PER CURIAM

 The parties have filed a joint motion to reverse the judgment and dismiss this cause. 
The motion is granted. Tex. R. App. P. 59(a).

 The cause is dismissed and the trial court's judgment is set aside.


Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Judgment Set Aside and Cause Dismissed on Joint Motion

Filed: June 29, 1994

Do Not Publish